

# Fourth Court of Appeals
## San Antonio, Texas

June 03, 2013

No. 04-13-00100-CV

**EX PARTE** Sean C. **MCNAMARA**,

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 121074B
Honorable Rex Emerson, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on April 19, 2013. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to June 3, 2013. On May 31, 2013, the appellant filed a motion requesting an additional extension of time to file the brief. The motion is GRANTED IN PART. **THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**. The Appellant's brief must be filed by July 3, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court